

**Lucy E. Hill**
Shareholder

lucy.hill@dentons.com
D  412-297-4719

Dentons Cohen & Grigsby P.C.
625 Liberty Avenue, 5th Floor
Pittsburgh, PA 15222-3152
United States

dentons.com

September 3, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/7/2021

*Via ECF*

The Honorable Judge Andrew L. Carter
Southern District of New York
40 Foley Square
New York, NY  10007

**MEMO ENDORSED**

Re:   <u>Thorne v. Worldwide Insurance Services, No. 21-cv-3558</u>

Dear Judge Carter:

We represent defendant Worldwide Insurance Services ("Defendant") in the above-referenced matter.  Together with counsel for Plaintiff, we jointly and respectfully move this Court to stay all case deadlines in this action for forty-five (45 days), from September 3, 2021 to October 18, 2021.

This requested stay will permit the parties to finalize their efforts to bring about the voluntary dismissal of all claims asserted in this action without further litigation.  Once those efforts are complete, the parties will file a stipulation of voluntary dismissal

Sincerely,

DENTONS COHEN & GRIGSBY P.C.

*/s/ Lucy E. Hill*

By:  Lucy E. Hill

LEH/chl
Copy to:  All parties via ECF

3756446.v1

SO ORDERED:
*[signature]*
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

**Dated**: 9/7/2021

It having been reported to the Court that this case has been or will be settled, it is hereby **ORDERED** that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar, if the application to restore the action is made within 45 (forty-five) days. The Clerk of Court is directed to terminate the letter motion at ECF No. 16.

---

**Davis Brown** ▸ **East African Law Chambers** ▸ **Eric Silwamba, Jalasi and Linyama** ▸ **Durham Jones & Pinegar** ▸ **LEAD Advogados** ▸ **Rattagan Macchiavello Arocena** ▸ **Jiménez de Aréchaga, Viana & Brause** ▸ **Lee International** ▸ **Kensington Swan** ▸ **Bingham Greenebaum** ▸ **Cohen & Grigsby** ▸ **Sayarh & Menjra** ▸ **Larraín Rencoret** ▸ For more information on the firms that have  come together to form Dentons, go to dentons.com/legacyfirms

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. Please see dentons.com for Legal Notices.